PRISCILLA FRIESE, as Administratrix of the Estate of PAULINA NICHOLS, Deceased, Appellant, v. MERRITT BAIRD et al., Respondents.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.